FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 21 2013 ★

LONG ISLAND OFFICE

JMM:MCM
F. #
Removal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

-against-

KENNETH GRIFFIN,

Defendant.

- - - - - - - - - - - - - - - - - -X

13-0255M

REMOVAL TO THE EASTERN DISTRICT OF VIRGINIA

(Rule 40, F.R.C.P.)

EASTERN DISTRICT OF NEW YORK, SS:

DAWN MAHONEY, being duly sworn, deposes and says that she is a Deputy United States Marshal with the United States Marshal Service ("USMS"), duly appointed according to law and acting as such.

Upon information and belief, on March 12, 2013, a warrant for the arrest of the defendant KENNETH GRIFFIN was issued in the Eastern District of Virginia commanding the arrest of the defendant KENNETH GRIFFIN for a violation of supervised release, pursuant to Title 18, United States Code, Section 3583.

The source of your deponent's information and the grounds for his beliefs are:

1. I am a Deputy United States Marshal with the United States Marshal Service ("USMS") for the Eastern District of New York. I am currently assigned to the New York/New Jersey Regional Fugitive Task Force (the "Task Force"). I have been a Deputy

United States Marshal for ten years and have been assigned to the Task Force for two years.

2. On or about September 24, 2001, the defendant KENNETH GRIFFIN was sentenced by the District Court for the Eastern District of Virginia pursuant to a conviction for Conspiracy to Distribute More than 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 846. The defendant was sentenced to 120 months' imprisonment and 10 years of supervised release.

3. On or about December 18, 2011, the defendant was arrested by the Nassau County Police Department and charged with Felony Robbery in the Second Degree. On or about October 15, 2012, the defendant pleaded guilty in Nassau County Court to Disorderly Conduct. The defendant was ordered to pay a $100 fine, which he paid in full.

4. On or about March 12, 2013, the District Court for the Eastern District of Virginia issued an arrest warrant for the defendant KENNETH GRIFFIN for violating the conditions of his supervised release. A copy of the arrest warrant and the Petition on Supervised Release for the defendant GRIFFIN is attached hereto and incorporated by reference.

5. On or about March 21, 2013, the defendant KENNETH GRIFFIN voluntarily surrendered himself into the custody of United States Marshals pursuant to the arrest warrant issued by the United States District Court for the Eastern District of Virginia on March 12, 2013.

6. Prior to effecting the arrest of the defendant pursuant to the Eastern District of Virginia arrest warrant, our office was provided with a picture of the defendant, KENNETH GRIFFIN, as well as the U.S. Probation Office Petition on Supervised Release containing his pedigree information, which included his name, date of birth, social security number and FBI number. Subsequent to the defendant's voluntary surrender, I determined that the defendant matched the individual depicted in the photograph provided to the United States Marshals. The defendant also admitted that he was in fact KENNETH GRIFFIN. The defendant was placed under arrest.

WHEREFORE, Your deponent respectfully requests that the defendant KENNETH GRIFFIN be dealt with according to law.

DAWN MAHONEY
Deputy United States Marshal
United States Marshal Service

Sworn to before me this
21st day of March 2013

THE HONORABLE WILLIAM D. WALL
United States Magistrate Judge
Eastern District of New York

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.
KENNETH GRIFFIN
*Defendant*

Case No. 3:97CR262-03

RECEIVED
UNITED STATES MARSHAL
2013 MAR 12 AM 10: 35
RICHMOND OFFICE
EASTERN DISTRICT
OF VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KENNETH GRIFFIN, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHED COPY OF PETITION ON SUPERVISED RELEASE

Date: 03/12/2013

*Issuing officer's signature*

City and state: Richmond, Virginia

Robert L. Walker, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________.

Date: ______________

*Arresting officer's signature*

*Printed name and title*

Prob 12A
(Mod. For E.VA 10/09)

FILED
MAR 12 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

COPY

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF VIRGINIA**

U.S.A. vs. Kenneth Griffin Docket No. 3:97CR00262-009

**Petition on Supervised Release**

COMES NOW Edward J. Allen, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kenneth Griffin, who was placed on supervision by the Honorable Richard L. Williams, sitting in the Court at Richmond, Virginia, on the 24th day of September, 2001, who fixed the period of supervision at ten (10) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate as directed by the probation officer for treatment of narcotic addictions, drug dependency, or alcohol dependency, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. The defendant shall pay the cost as directed by the Probation Officer.

2. This judgment includes an offense committed on or after September 13, 1994. Therefore, the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to 1 drug test within 15 days of imprisonment and at least 2 periodic drug tests thereafter, as directed by the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**See Attachment(s)**

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

**Considered and ordered this 11th day of March, 2013, and ordered filed and made a part of the records in the above case.**

Robert E. Payne
**The Honorable Robert E. Payne**
**Senior United States District Judge**

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on** March 7, 2013

Edward J. Allen
**Edward J. Allen**
**United States Probation Officer** MB

**Place** Colonial Heights, Virginia

TO CLERK'S OFFICE

OFFENSE: Conspiracy to Distribute More Than 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 846, a Class A Felony.

SENTENCE: 120 months custody; 10 years supervised release; and a $100 special assessment.

ADJUSTMENT TO SUPERVISION: Mr. Griffin's supervision commenced on February 13, 2006, in the Eastern District of New York. He paid the $100 special assessment in full and has maintained stable employment and residence throughout his term of supervision. Contact with Senior U.S. Probation Officer Eric Harmon of the Eastern District of New York indicates that Mr. Griffin was placed in their Phase II Program in September 2007, which waives office, employment, and home contacts as a reward to compliant individuals. On December 18, 2011, Griffin was arrested by the Nassau County, New York, Police Department for (Felony) Robbery in the Second Degree. The Court was notified of this arrest in January 2012. As an immediate sanction, Griffin's supervision was increased from administrative low intensity to general supervision. Griffin was subsequently convicted of a lesser charge of Disorderly Conduct. Contact with U.S. Probation Officer Petra deHaan confirmed Griffin was issued a letter of reprimand. Griffin resides in Hempstead, New York, and remains employed as a union laborer for a construction company located in New York, New York.

VIOLATIONS: The following violation is submitted for the Court's consideration.

**MANDATORY CONDITION: COMMISSION OF A CRIME – DISORDERLY CONDUCT.**

On December 18, 2011, Griffin was arrested by the Nassau County, New York, Police Department and charged with (Felony) Robbery in the Second Degree. According to the arrest documents, Griffin and Johnny Lee entered the Dick's Sporting Goods store located at the Roosevelt Field Shopping Center in East Garden City, New York. While Griffin acted as an accomplice, Lee concealed two pairs of gloves. Griffin and Lee then left the store without paying for the merchandise. After being detained by security, Griffin and Lee were escorted back to the store. While being escorted by security, Lee became agitated, and a scuffle ensued. Griffin interceded on Lee's behalf by grabbing a security guard around the mid-section and pulling the security guard away. During the struggle, a member of store personnel suffered a soft tissue back injury and received medical treatment at a local hospital. On October 15, 2012, Griffin appeared before the Nassau County Court and pled guilty to Disorderly Conduct. He was ordered to pay a $100 fine, which has been paid in full.

EJA/djd